# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTEZ TALLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| C/O GRIESMER, SGT. ALIMON, | : | |
| C/O WOODWARD, LT. KULL, M. | : | |
| NASH, JOHN E. WETZEL, C/O | : | |
| DALE SCHOENBERGER and PA | : | |
| DEPT. OF CORRECTIONS | : | NO. 19-1587 |

## ORDER

**NOW**, this 5th day of November, 2019, upon consideration of the Defendants' Motion to Dismiss (Document No. 10) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** for failure to state a claim.

/s/ TIMOTHY J. SAVAGE J.